IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 JUN 26  A 9:40

[ ERA P. HACKETT, CL.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA ]

Calvin Flowers )
Full name and prison number of )
plaintiff(s) 09518-002 )
)
v. )     CIVIL ACTION NO. 2:07-cv-587-WKW
)     (To be supplied by the Clerk of the
Autauga County )         U.S. District Court)
Metro Jail )
)
_____ )
)
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.   PREVIOUS LAWSUITS

A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes (✓)   No ( )

B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes (✓)   No ( )

C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.   Parties to this previous lawsuit:
     Plaintiff(s) Calvin Flowers

     Defendant(s) Montgomery City Jail

2.   Court (if federal court, name the district; if state court, name the county)
     United States District Court
     Middle District of Alabama

3.   Docket No. _____

4.   Name of Judge to whom case was assigned   unknown at this time

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _Still pending_

6. Approximate date of filing lawsuit _6/19/07_

7. Approximate date of disposition _unknown_

II. PLACE OF PRESENT CONFINEMENT _Autauga County Metro Jail_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _136 North Court Street Autauga County Metro Jail Prattville, AL 36067_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Officer Sprout | Autauga County Jail employee |
| 2. | Captain Nixon | Autauga County Jail Supervisor |
| 3. | Sgt Lyle | Autauga County Jail Supervisor |
| 4. | The whole medical staff of Autauga County Jail | |
| 5. | Nurses included | |
| 6. | Sgt Bostic | Autauga County Jail Supervisor |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _5/3/07 thru 6/12/07 for medical purpose and 6/11/07 for all other complaints_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Officer sprout slandered my Name in the media and lied on charges he put on me and 3 other inmates my family misunderstood the News Broadcast this had undue stress on all._

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

_There were broadcast on television about charges which are yet to be tried. There are allegation that are untrue also in the News paper. This may cause prejudgement in court case to come. My family and girl friend misunderstood broadcast_

-2-

GROUND TWO: Captain Nixon and Sgt Bostic allowed inmates to have access to and steal my personal papers, legal papers, personal property and store items or comissary

SUPPORTING FACTS: After I was put into isolation by staff in an assault charge on Officer Sprout. All of my personal effects were stolen. This put my family in danger because inmates wrote my family and girlfriend upsetting them. Capt Nixon also pulled a shotgun on me while I was not presenting any resistance. I am an Ex. Vet with P.T.S.D.

GROUND THREE: When I arrived at Autauga Metro Jail, my medication was changed without talking to a psychiatrist or M.D. This effect my mood, stress and sleep possibly causing the incident

SUPPORTING FACTS: The incident of assault with officer was probably caused by improper medication or lack there of. The medical staff tried to force several medication on me that are not my precribed medication. These meds have cause advers effects on me in the past and I informed them of that they refuse to change

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want to be reembursed for pain and suffering and usuall punishment, lies and slander. I also want to be paid for items I lost. If my Bank account is breeched I want to be paid for that. An amount will be discussed at later date

_Signature of plaintiff(s)_

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 6/21/07 .
(date)

_Signature of plaintiff(s)_

Calvin Flowers
P.O. Box 80
Elba, AL, 36323

my current address:
136 North Court Street
Prattville, AL
36067

INMATE MAIL
AUTAUGA METRO JAIL

United States Supreme Court
P.O. Box 711
Montgomery, AL
36101

36101+0711-11  B007