IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLOWERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-587-WKW |
| | ) |
| AUTAUGA COUNTY METRO | ) |
| JAIL, et al., | ) |
| | ) |
| Defendants. | |

**ORDER**

In a companion case, *Flowers v. McKenzie, et al.*, Case No. 2:07-CV-553-WHA, this court entered an order, a copy of which the Clerk mailed to the plaintiff. This order could not be delivered because the plaintiff was no longer at the address he had provided for service in the instant case. In the order of procedure, the court instructed the plaintiff that he must immediately inform the court of any new address. *See Order of July 11, 2007 - Court Document No. 4* at 6. It is clear from the foregoing that the plaintiff has failed to comply with this requirement. This case cannot properly proceed in this court if the whereabouts of the plaintiff remain unknown. Accordingly, it is

ORDERED on or before August 30 , 2007the plaintiff shall show cause why this case should not be dismissed for his failure to comply with the orders of this court and his failure to adequately prosecute this action. The plaintiff is specifically *cautioned* that if he fails to respond to this order the Magistrate Judge will recommend that this case be dismissed.

Done this 20th day of August, 2007.

                         /s/ Charles S. Coody
                         CHARLES S. COODY
                         CHIEF UNITED STATES MAGISTRATE JUDGE