IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **CALVIN FLOWERS,** | * | 2007 AUG 22 P 12: 08 |
| | * | |
| Plaintiff, | * | DEBRA P. HACKETT, CLK |
| | * | U.S. DISTRICT COURT |
| vs. | * | MIDDLE DISTRICT ALA. |
| | * | CASE NO. 2:07-CV-587-WKW |
| **AUTAUGA COUNTY METRO JAIL,** | * | |
| **ET AL.,** | * | |
| | * | |
| Defendants. | * | |

### ANSWER TO COMPLAINT

COMES NOW the Defendant, AUTAUGA COUNTY METRO JAIL, OFFICER SPROTT, LARRY NIXON, SGT. LYLE and SGT. BOSTIE by and through the undersigned and for Answer to Complaint would state and aver as follows:

I. States that they are without sufficient information from which to form a belief as to the truth and veracity of Paragraph I of the Complaint, but would otherwise deny each and every allegations contained in same and demand strict proof thereof.

II. Admits.

III. Admits that the Plaintiff alleges claims against the stated individuals, but would otherwise deny same and demand strict proof thereof.

IV. Admits that the Plaintiff alleges that a violation occurred on May 3, 2007 through June 12, 2007, but would otherwise deny same and demand strict proof thereof.

V. Denies the allegations of Paragraph V and would demand strict proof thereof.

VI. Denies the allegations of Paragraph VI and would demand strict proof thereof.

FOR FURTHER ANSWER, the Defendants would plead immunity and qualified immunity and would further state that the Defendant, AUTAUGA COUNTY METRO JAIL, is not the

appropriate party in this action as no such legal entity exists..

*[signature]*

J. ROBERT FAULK (FAU002)
Attorney for AUTAUGA COUNTY

OF COUNSEL:
McDOWELL, FAULK & McDOWELL, L.L.C.
Attorneys at Law
145 West Main Street
Prattville, AL 36067
(334) 365-5950     Telephone
(334) 365-6016     Facsimile
robert@mcdowellfaulk.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 22nd day of August, 2007 served a copy of the foregoing on Calvin Flowers by placing a copy of same in the U. S. Mail, postage prepaid and properly addressed as follows:

Calvin Flowers
Inmate
Autauga County Metro Jail
136 North Court Street
Prattville, AL 36067

also

P. O. Box 80
Elba, AL 36323

*[signature]*

J. ROBERT FAULK