IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA RECEIVED

| | | |
|---|---|---|
| CALVIN FLOWERS, | * | 2007 AUG 22  P 12: 08 |
| | * | |
| Plaintiff, | * | DEBRA P. HACKETT, CLK |
| | * | U.S. DISTRICT COURT |
| vs. | * | CASE NO. 2:07-CV-587-WKW |
| | * | |
| AUTAUGA COUNTY METRO JAIL, | * | |
| et al., | * | |
| | * | |
| Defendants. | * | |

REPORT BY DEFENDANT AUTAUGA COUNTY METRO JAIL, OFFICER SPROTT,
LARRY NIXON, SGT. LYLE and SGT. BOSTIE

COMES NOW the Defendant, AUTAUGA COUNTY METRO JAIL, OFFICER SPROTT,

LARRY NIXON, SGT. LYLE and SGT. BOSTIE by and through the undersigned counsel for

Autauga County and after a review of the subject matter of the Complaint provides to this Honorable

Court a report as requested by Order dated the 111th day of July, 2007.

A.  FACTS AND CIRCUMSTANCES

The Plaintiff, CALVIN FLOWERS, was incarcerated in the Autauga County Metro Jail as

a detainee of the Federal Court as a federal inmate.  He entered the Autauga County Metro Jail on

May 5, 2007 and transferred to the U. S. Marshall on July 20, 2007.

The Plaintiff's complaint revolves around an allegation of improper publicity, failure to

protect personal property and  the Autauga County Metro Jail's failure to provide adequate health

care.

See  statement of  Deputy Sheriff Larry Nixon attached hereto as Exhibit "A" and made a

part hereof and which provides a summary of the facts and circumstances surrounding this matter.

## B. CORRECTIVE ACTION BY PRISON OFFICIALS

The Autauga County Sheriff's Office does not see a need to take any corrective action since it feels that its present policies and procedures dealing with inmate medical treatment is appropriate.

## C. OTHER COMPLAINTS

The other complaints known to the Defendants deal with a Complaint pending in this Court by the following individuals:

NONE.

DATED: August 22, 2007.

J. ROBERT FAULK (FAU002)
Attorney for AUTAUGA COUNTY

OF COUNSEL:
McDOWELL, FAULK & McDOWELL, L.L.C.
Attorneys at Law
145 West Main Street
Prattville, AL 36067
(334) 365-5950    Telephone
(334) 365-6016    Facsimile
robert@mcdowellfaulk.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 22nd day of August, 2007 served a copy of the foregoing on Calvin Flowers by placing a copy of same in the U. S. Mail, postage prepaid and properly addressed as follows:

Calvin Flowers
Inmate
Autauga County Metro Jail
136 North Court Street
Prattville, AL 36067

also

H:\LIT\Autauga County\Flowers.2007-527\Report.Flowers.wpd

P. O. Box 80
Elba, AL 36323

J. ROBERT FAULK

**EXHIBIT "A"**

STATE OF ALABAMA

COUNTY OF AUTAUGA

### AFFIDAVIT OF JAIL WARDEN LARRY NIXON

BEFORE ME, the undersigned, a Notary Public in and for said County and State personally appeared LARRY NIXON, whose name is signed to this Affidavit and who is known to me and who being by me first duly sworn, doth depose and say as follows:

My name is LARRY NIXON and I am a Deputy Sheriff for Autauga County, Alabama. I have been a Deputy Sheriff for 13 years. I am also the Chief Jailer for the Autauga County Metro Jail.

The purpose of this Affidavit is to provide to this Honorable Court the facts and circumstances surrounding a Complaint filed in this Court by CALVIN FLOWERS by Civil Action No. 2:07-CV-587-WKW.

Calvin Flowers was an inmate in the Autauga County Metro Jail being held for the U. S. Marshall Service from May 5, 2007 until July 20, 2007 when he was transferred back to the U. S. Marshals. He files this Complaint with this Honorable Court alleging that he obtained unwarranted publicity, property was stolen from his cell by a fellow inmate and that he received inadequate medical treatment by the Autauga County Metro Jail and its staff.

As to Mr. Flowers' charge of unwarranted publicity, none of the deputies at the Autauga County Jail would give information to the media, either print or television; hence, we have no knowledge of Mr. Flowers' allegations concerning this matter.

As Mr. Flower's charge of his personal property being stolen by a fellow inmate, it was discovered that Inmate Robert Allen did enter his cell and take certain personal papers. These papers were placed into a envelope by Mr. Allen and he attempted to mail same to Mr. Flowers' relatives. These items were intercepted by me and are currently being held by me in unopened envelopes in my office. I will be glad to mail these to Mr. Flowers if I am given authority and an address.

Mr. Flowers states that he did not resist arrest and that I pulled a shot gun on him. An altercation occurred with him and several other inmates whereupon I was called. I carried a shotgun with bean bags because I did not know what I was going to walk into. When I arrived, I asked Mr. Flowers to put his hands behind him, but he refused. As a result of the altercation State charges of assault 2 against Officer Sprott and unlawful acts by three or more persons were filed against Mr. Flowers and such are still pending the Circuit Court of Autauga County,

Inmates are provided medical care by Dr. Nichols and administered by Southern Health Partners. They fill out a doctor's slip and the inmate is treated either by a nurse provided by Southern Health Partners or by Dr. Nichols. In this case, Mr. Flowers completed several Inmate Sick Call Slips which were acted upon by Southern Health Partners. (A copy of Mr. Flowers' medical records from the Autauga County Metro Jail is attached hereto as Exhibit "B" and made a part hereof.) In the medical records attached are Dr. Nichols' and nurse's notes explaining the medication given to Mr. Flowers. As can be seen, some medication was changed by Dr. Nichols' orders and attempted to be administered to Mr. Flowers, but he refused same. There was no intentional indifference to Mr. Flowers' needs and in fact, as the medical records reveal, he was provided substantial medical treatment during his 2 ½ month stay in the Autauga County Metro Jail.

As to Mr. Flowers' concern over his bank account, I am enclosing as Exhibit "C" a copy of his account record which shows that $1,572.91 was transferred to the U. S. Marshals on July 20, 2007.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this the 22nd day of August, 2007.

LARRY NIXON
Captain/Jail Warden
Autauga County Metro Jail

SWORN TO and SUBSCRIBED to before me on this the 22nd day of August, 2007.

NOTARY PUBLIC

My Commission Expires:

8-14-40

EXHIBIT
B

*Southern Health Partners*

# MASTER PROBLEM LIST

For Use with Chronic Condition Patients. Chronic Conditions are classified as (but not limited to): Diabetes (IDDM/NIDDM), Hypertension, Pregnancy, HIV/AIDS, Asthma, Seizures, Diagnosed Mental Illness, CHF, Hepatitis.

Patient's Name (Last/First/Middle): *Flowers, Calvin*

ID#: *39632*   DOB: *11-9-61*   Sex: *M*   Intake Date/s: *5-3-07*

| Date Problem Identified/Dx | Chronic Condition | M.D. Comments | Date Of Initial M.D. Eval | M.D. Initials |
|---|---|---|---|---|
| 5/5/07 | Bipolar | | | N |
| 5/5/07 | Diabetic | | | N |
| 5/5/07 | Hypertension | | | N |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

H & P Date: *5-5-07*   Allergies: *NKA*

PPD Test Date: *3-29-07*   PPD Results Date: _____   PPD Results: *O* mm

*Montgomery City Jail*

Facility Name: *Autauga Co. Metro Jail*

Revised 02/18/04 J.C.

**S O U T H E R N**
**H E A L T H**
**P A R T N E R S**

Start at top and write subsequent orders below

Inmate Name: _Flowers Calvin_

D.O.B. or I.D. #: _11-9-61_

Allergies: _NKA_

| Date of physician's order: | |
|---|---|
| 7/14/07 | ✓ celexa to 10mg daily Trazodone 100mg po at Night atenolol 50mg po daily |
| Date of physician's order: | |
| Date of physician's order: | |
| Date of physician's order: | |
| Date of physician's order: | |
| Date of physician's order: | |



**SOUTHERN HEALTH PARTNERS**

Inmate Name: Flowers, Calvin

D.O.B. or I.D. #: 11-9-61

Allergies: NKA

Start at the top and write subsequent orders below

Date of physician's order:

**5/5/07**
Meds brought in w/ I/m from other facility
IBU 800mg ẗ BID x 7 days, Lisinopril 10 mg ẗ q day
Benadryl 25 mg ẗ q pm x 4 days, Glipizide 10 mg.
BID, Metformin 500mg. BID, Depakote ER
500 mg ẗ BID, Seroquel 200 mg ½ tab q am,
ẗ q pm; Vitamin B¹ ẗ q am ————— XMTA

**5/10/07**
↑ Metformin to 1000 mg bid. —————
[signature]

**5/2?/07**
(Risperdal 2mg po bid.
Benadryl 25 mg po bid.         Cancel b/c I/m states
Cogentin 1 ẗ po bid.)          he won't take it!
Ibuprofen 800 mg po bid x 10 d.    [signature]
↑ Glipizide to 20 mg bid

**6/14/07**
D/c Risperdal
D/c benadryl
D/c cogentin
Ibuprofen 800 mg po bid x 30 days
Celexa 20 mg po daily
Keflex 500 mg ẗ po bid x 7 days.
See if he can get a dentist appt
ẗ he'll pay for it he says. —————
[signature]

Date of physician's order:

**7/18/07**
D/amine ẗ BID x 7 days
Amoxicillin 500 mg ẗ BID x 7 days
Aleve 325 mg ẗ BID x 7 days.
Peritx protocol ————— ẗMTA
[signature]

## PROGRESS NOTES

| DATE | NOTES SHOULD BE SIGNED BY PHYSICIAN |
|------|-------------------------------------|

7/19/07

Having a lot of anxiety c̄ celexa. Hasn't had
an erection since he's been on it.
Has taken trazodone before for anxiety,
says lithium caused sebaceous cyst's on his
head before. — it helped him before.

PE :/     BP 144/46
                Tachycardia
                lungs - clear
                CV - RRR s̄ c/o

A : Anxiety.
        HTN
        ADM

Plan → ↓ celexa to 10 mg daily
    Trazodone 100 mg at Night
    Add atenolol 50 mg daily.

allergies 2°
B-1
Lisinopril 10
Calpzodole 10
2 bid.
ptfem 1000 bid

Doctor's Signature: _____

| NAME–Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|-----------|-------|--------|---------------------|------------|----------|

Form 65/2P  © BRIGGS, Des Moines, IA 50306  (800) 247-2343  www.BriggsCorp.com
R604                                    PRINTED IN U.S.A.

**PROGRESS NOTES**

Flowers

| Date | Notes Should Be Signed by Physician |
|---|---|

5/10/07  I/M is on Seroquel which is one of our non-drug formulary drugs & too expensive to get. Our pharmacy & Dr. Nichols recommended Thorazine or Risperdal in its place, but I/m refuses to take either one.
— JE, MA

5/15/07  I/m refused to take Depakene — which replaced his Depakote. D/C'd — JE, MA

5/24/07  Was on seroquel seroquel 200 m bid for bipolar disorder. Says he can't take risperdal & haldol. Tongue gets thick & he twitches ā it. Last took it ~ 6 yrs ago. Only med he was on before he got here was seroquel. Also has trouble ā pain in breast & back.

PB = / Neg.

A= Bipolar
     OA knees ; DM, HTN

Plan → seroquel 200 m ½ bid.
        Motrin 800 bid X 10 d.
        Risperdal 2mg po bid.
        cogentin 1 mg po bid.
        Benadryl 25 m po bid.

(right margin:)
108mg/110
cogentin 10 bid
Motrin 500 bid.
(Depakote R 500
         bid.)
(800 qal 200
         ½ bid.)

6/4/07  Not taking risperdal. Refuses it. Makes his tongue thick. Also still has OA knees & back. Motrin helps. Also had an abscess on inside of upper lip. Debrided but still a little sore.
        PE= / small area of granulation upper gum.
              Gums receded.

Signature _____ Dr. _____        PROGRESS NOTES

A= periodontal disease
Plan → Keflex 500 m bid X 7 days
         Celexa 20 m daily.    Motrin 800 bid
                                X 30 days;



SOUTHERN
HEALTH
PARTNERS

# INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 7/17/07    Pod/Location: D-4    Cell: 401    ID# 98242

Inmate's Full Name: Calvin Flowers / I need a copy of my medical Records For court ordered purposes

Complaint/Problem: I have a bad sinus cold, runny nose chest congestion I also need to talk to the doctor about medication change the New psychiatric med has some unwanted side effect. I need my motrin renewed

How long have you had this problem? _____

Inmate's Signature: Calvin Flowers    Date: 7/17/07

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:    Temp 98.2    Resp 18    Pulse 90    B/P 128/77

Instructions/Assessment: Document your findings, Inmate's responses/actions  I/m has no fever, no sore throat redness, no tenderness in facial-ear area. I/m c/o congestion + head ache + sore throat. Breathing sounds a little wheezy. See MD orders.

Gonna put I/m in to see Dr. Nichols about psychic meds. Anxiety, sleeplessed. I informed I/m, it is not our protocol to treat these problems.

☑ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required?  If checked, date to be seen again_____
☐ Chronic Condition
☑ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 7-18-07    Seen by: JE, MTA _____

*Place original form in patient's medical record.*


SOUTHERN
HEALTH
PARTNERS

## INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 6/28/07 Pod/Location: D-4   Cell: 401   D# 98242

Inmate's Full Name: Calvin Flowers

Complaint/Problem: I need to see A Dentist also my allergies are acting up I have A runny Nose and I have Nervous itcthing. Benedril will help with both it is one of my regular medicin's

How long have you had this problem? the runny nose About one week the doctor precibed Antibotics for my mouth but I still NeedA Dentist

Inmate's Signature: Calvin Flowers   Date: _____

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:    Temp_____    Resp_____    Pulse_____    B/P_____

Instructions/Assessment: Document your findings, inmate's responses/actions _____

Put Ø on dentist list _____ S. Caine LPN

C/o sensuses bothering him. Gave him D'amine Bid x 7 days _____ S. Caine LPN

_____

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order.
☐ Follow-Up Required? If checked, date to be seen again _____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical:_____   Seen by:_____

*Place original form in patient's medical record.*



**SOUTHERN HEALTH PARTNERS**

## INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 6/21/07  Pod/Location: D-4  Cell: 401  ID# 98242

Inmate's Full Name: Calvin Flowers

Complaint/Problem: I would like to change my anti depressant to evening Medication, I als would like to renew my presciption FoR Benedril FoR my itching

How long have you had this problem? _____

Inmate's Signature: Calvin Flowers  Date: 6/21/07

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:    Temp_____ Resp_____ Pulse_____ B/P_____

Instructions/Assessment: Document your findings, Inmate's responses/actions _____

Mr. Flowers, I can change the anti-depressant to p.m. But the renewing of Benedryl is no Dr. wrote it for a certain time only.

JE MTA
6-21-07

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order .
☐ Follow-Up Required? If checked, date to be seen again _____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: _____  Seen by: _____

*Place original form in patient's medical record.*



**SOUTHERN HEALTH PARTNERS**

# INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 6/13/07 Pod/Location: _____ Cell: A403 ID# _____

Inmate's Full Name: Calvin Flowers

Complaint/Problem: I have an absess on my Gum, my whole Body itches, I also need to discuss with the Doctor about my psycological medication and mood swings

How long have you had this problem? I will explain

Inmate's Signature: Calvin Flowers Date: 6/13/07

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:     Temp_____ Resp_____ Pulse_____ B/P_____

Instructions/Assessment: Document your findings, Inmate's responses/actions _____

_____

_____

_____

_____

_____

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical:_____ Seen by:_____

*Place original form in patient's medical record.*



**SOUTHERN HEALTH PARTNERS**

## INMATE SICK CALL SLIP — MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 6/6/07  Pod/Location: D-C  Cell: 607  ID# 98242

Inmate's Full Name: Calvin Flowers

Complaint/Problem: I need to see the Dentist Also I need to decuss with the doctor about alternative pschiatric medicines Also some Benedrill for itching

How long have you had this problem? 

Inmate's Signature: Calvin Flowers  Date: 6/6/07

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:     Temp_____  Resp_____  Pulse_____  B/P_____

Instructions/Assessment: Document your findings, Inmate's responses/actions ⊕ Dr. Nichols says he has already told I/m the alternative medications & he refused to take any of them & we are not gonna give him Benedryl because he only wants it for sleep & we don't treat sleep.

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required?  If checked, date to be seen again_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

                                    HMTA
                                    6-7-07

Date Seen by Medical:_____  Seen by:_____

*Place original form in patient's medical record.*



**SOUTHERN HEALTH PARTNERS**

## INMATE SICK CALL SLIP – MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 6/6/07  Pod/Location: D-C  Cell: 607  ID# 98242

Inmate's Full Name: Calvin Flowers

Complaint/Problem: I need to see the Dentist Also I need to decuss with the doctor about alternative pschiatric medicines Also some Benedrill for itching

How long have you had this problem?

Inmate's Signature: Calvin Flowers  Date: 6/6/07

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:     Temp_____  Resp_____  Pulse_____  B/P_____

Instructions/Assessment: Document your findings, inmate's responses/actions Dr. Nichols says he has already told him the alternative medications + he refused to take any of them + we are not gonna give him Benedryl because he only wants it for sleep + we don't treat sleep.

JE,MTA
6-7-07

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required?  If checked, date to be seen again_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical:_____  Seen by:_____

*Place original form in patient's medical record.*

*Please prescribe a medicatr. I can take*
*without complications. This lack of meds is affec-*
*ting my daily Functions*



**SOUTHERN HEALTH PARTNERS**

## INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 5/30/07   Pod/Location: D-6   Cell: 607   ID# 21825

Inmate's Full Name: Calvin Flowers, I have told the Doctor

Complaint/Problem: And the Nurses that I have bad reactions to resperidol and that I need Benadril FOR NERVOUS itch. This Doctor will not listen And made it so I cannot get the Benadril without taking Resperidol

How long have you had this problem? I will not take Resperidol I have had these medication problems since I got here. Thorazine I will not take either

Inmate's Signature: Calvin Flowers   Date:

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:    Temp_____ Resp_____ Pulse_____ B/P_____

Instructions/Assessment: Document your findings, Inmate's responses/actions _____

To be Dr. Mr. Flowers, we have already explained all of this to you. Every medicine the doctor told you we could give you, you refused to take, so there is nothing else we can do. you told the doctor you needed Benadryl to help you sleep + he told you we don't treat sleep.

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

JE, MT A
6-1-07

Date Seen by Medical:_____ Seen by:_____

*Place original form in patient's medical record.*



**SOUTHERN HEALTH PARTNERS**

# INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:*  Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff.  The medical staff will arrange for you to be seen by the appropriate medical staff member.  You will be charged in accordance with the medical co-pay system at this facility.

Today's Date:_____ Pod/Location:_____ Cell:_____ ID#_____

Inmate's Full Name: Calvin Flowers

Complaint/Problem: I suffer from Post Traumatic stress and Bipolar Disorder. I cannot (anything) you just throw at me. I want to see a Doctor preferably a psychiatrist. I have been on psch meds for 17 years and

How long have you had this problem? I have NEVER been pretibed meds by unknown sources

Inmate's Signature: Calvin Flowers                                        Date: 5/22/07

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:        Temp_____ Resp_____ Pulse_____ B/P_____

Instructions/Assessment:  Document your findings, Inmate's responses/actions_____

Seen Dr. Nichols 5-24-07

_____

_____

_____

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required?  If checked, date to be seen again_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical:_____ Seen by:_____

*Place original form in patient's medical record.*

TO BE COMPLETED BY INMATE: Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 5/16/07  Pod/Location: O-C  Cell: 607  ID# 98242

Inmate's Full Name: Calvin Flowers

Complaint/Problem: I CANNOt sleep, my psychiatric meds Are wRoNg. my Diabetes is out of control because of improper medication. I Need my pain meds reNeweb ALSO. I Need to talk to a DoctoR

How long have you had this problem? ONE week And A half

Inmate's Signature: Calvin Flowers  Date: 5/16/07

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:    Temp_____  Resp_____  Pulse_____  B/P_____

Instructions/Assessment: Document your findings, Inmate's responses/actions Some of this I/m's meds are non drug formulary + he refuses to take anything else. We don't treat insomnia. Will put in to see Dr. Nichols. His pain meds by other facility doctor for only for 30 days (IBU 800). ——— JE, NP/A 5-19-07

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order.
☐ Follow-Up Required? If checked, date to be seen again_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical:_____  Seen by:_____

*Place original form in patient's medical record.*

 **SOUTHERN HEALTH PARTNERS**

# INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 5/22/07  Pod/Location: D-6  Cell: 607  ID#_____

Inmate's Full Name: Calvin Flowers

Complaint/Problem: I have a tooth ache and Arthritic pains and a headache

How long have you had this problem?_____

Inmate's Signature: _Calvin Flowers_   Date: 5/22/07

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:    Temp_____  Resp_____  Pulse_____  B/P_____

Instructions/Assessment: Document your findings, Inmate's responses/actions_____

One time dose of Tylenol

☐ Received Orders -- thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 5/22/07   Seen by: _A. Ceason LPN_

*Place original form in patient's medical record.*

SICK CALL SLIP – MEDICAL REQUEST

TO BE COMPLETED BY INMATE: Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 5/9/07  Pod/Location: D-6  Cell: 60S  ID# 98242

Inmate's Full Name: CALVIN FLOWERS

Complaint/Problem: I just ARRived And my (Psychotropic Medication) hAs been changed And I would like insulin insulin instead of pills

How long have you had this problem? _____

Inmate's Signature: Calvin Flowers  Date: 5/9/07

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:  Temp_____  Resp_____  Pulse_____  B/P_____

Instructions/Assessment: Document your findings, Inmate's responses/actions _____

Mr. Flowers it is not that simple to change your meds + you don't make the decision, the doctor will. As I have already explained to you, Seroquel is not on our drug formulary + the pharmacy we use, matches the meds to what is equal to what you were taking.

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order.
☐ Follow-Up Required? If checked, date to be seen again _____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

LE MTA
5-10-07

Date Seen by Medical:_____  Seen by:_____

*Place original form in patient's medical record.*

SOUTHERN
HEALTH
PARTNERS

## PATIENT'S CONSENT FOR TREATMENT

The undersigned, being in the custody of the County Sheriff's Department and being held under the control of the County Jail, hereby authorizes and requests that all medical records and/or information, wherever located, including any hospital or medical doctor or any other place where medical records may be located, be released to the County Jail medical department for use by the medical department regarding any treatment to be reviewed while in custody.   I understand I will provide this information to the medical department.

I further authorize the County Jail medical department to evaluate and treat any condition that I may have or develop while in the custody of the County Sheriff's Department and County Jail.  I acknowledge no guarantee or assurance has been made as to the desired result that may be obtained.

Signature: X _Calvin Flowers_____ Date: _5-5-0_

Printed Name: _JE, MTA witness_____

Witness: _____ (Office Signature)

*Note:  This completed form must be given to the medical department for inclusion in the inmate's confidential medical file.*

Exam Date: _5-5-07_    S.S.#: _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_    ID#: _34632_

Inmate Name: _Flowers_    _Colvin_    Date Booked: _5-3-07_
(Last)    (First)    (Middle)

Alias: _____    County: _Autauga_
(Last)    (First)    (Middle)

Address: _1245 Martin Luther King Drive_    _Elba, AL    36323_
(Street)    (City)    (State)    (Zip)

Telephone: _334-897-5442_  Birthdate: _11-9-61_    Religion: _____

Education Completed: _12th + 4_    Special Education: _____

Marital Status: S  M  W  D  (Separated)    Read/Write English: (YES)  NO  Other: _Spanish_

Previous Incarcerations: (Facility/Date) _Coffe County, Dale, Montgomery City_

## MEDICAL HISTORY

Notify in Emergency: _Mattie Stoudemire_    _Mother_
(Name)    (Relationship)

Address: _____    Phone: _S/A_
(Street)    (City)    (State)    (Zip)

Health Insurance: _VA_
(Type of Insurance)    (State)    (Policy Number)

Family Physician: _____
(Name)    (Street Address)    (City)    (State)    (Zip)    (Phone Number)

Past Hospitalizations (include surgeries): _✗ Bipolar  No_
(Location)    (Street Address)    (City)    (State)    (Zip)

Head Injury with Loss of Consciousness: _yes_  Last Tetanus: _mith ago_  Immunization: _____
MCG

Allergies: _NKA_

Current Medication(s): _IBU 800mg, Lisinopril 10mg, Benedryl @ 50mg, Glipizide 10mg
Metformin 500mg, Depakote ER 500mg, Seroquel 200mg, Vit B_

## MENTAL HEALTH EVALUATION

Hospitalization for Mental Health Reasons: (YES)  NO  If Yes, Why: _Bipolar, PTSS_

Where: _Dothan, Tuskegee VA_    _AL_    When: _2003_
(City)    (State)  (Zip)    (Date)

Psychotropic Meds (Specify type and last dose): _yes  Depakote & Seroquel - this am & last pm_

Prior Counseling/Out-Patient Treatment for: _yes_

Where: _D Tuskegee VA_    _AL_    When: _2003_
(Location)    (Street Address)  (City)  (State)  (Zip)    (Date)

Have you ever attempted suicide: _yes_  How: _Overdose_    When: _1990_
(Date)

Have you recently considered committing suicide? _NO_

Do people consider you a violent person? _No_

Have you ever been arrested for a violent crime/sexual offense? (Specify) _NO_

Street drugs: _Marijuana    Occasionally_    Smoker: _yes_    Etoh: _yes_
(Type-Quantity)    (How Often)    (How Long)    (Type)    (Date)

Inmate's Signature: X _Colvin Flower_    Date: _5-5-07_

Interviewer's Signature: _JE, MTA_    Date: _5-5-07_

Witness: (if physical is refused): _____    Date _____

| Problems | | Yes | Problems | | Yes | Problems | | Yes |
|---|---|---|---|---|---|---|---|---|
| Vision | | | Hypertension | | | Gonorrhea | | |
| Hearing | | | Anemia | | ✓ | Syphilis | | |
| Balance/Dizziness | | | Blood | | | Muscle Problem | | |
| Blackouts | | | Stomach Pain | | | Joint Problem | | |
| DT's | | | Heartburn | | | Arthritis | | ✓ |
| Headaches | | | Ulcer | | | Other | | |
| Seizures | | | Nausea/Vomiting | | | Other | | |
| Nervous Disorder | | | Gall Bladder | | | Regular Menstrual Period | | |
| Throat | | | Liver | | | Irregular Menstrual Period | | |
| Teeth | | | Hepatitis | | | # of days Menstrual Period | | |
| Asthma | | | Diabetes | | ✓ | LMP | | |
| Hay Fever | | | Kidney Disease | | ✓ | Gravida/Para | | |
| Pneumonia | | | Bladder Infection | | | Last Pap | | |
| Tuberculosis | | | Trouble Voiding | | | Contraception | | |
| Heart | | | Pediculi (lice) | | | Other | | |

## EXAM:

Age _45_ Sex _M_ Race _B_ Ht. _5' 9_ Wt. _190_

Pulse _66_ BP _124/78_ Temp. _97.7_ Resp. _16_

| Area/Type | N | A/Comment | Area/Type | N | A/Comment |
|---|---|---|---|---|---|
| Skin: Color / Condition / Turgor / Recent Inj. | N | | Chest (Breasts): Configuration / Auscultation / Respirations / Cough/Sputum | N | |
| Head: Glasses / Pupils / Sclera / Conjunctiva / Vision | N | Wears glasses | Heart: Auscultation / Radial pulses / Apical pulse / Rhythm | N | |
| Ears: Appearance / Canals / Hearing | N | | Extremities: Pulses / Edema / Joints | N | |
| Mouth: Teeth/Gums / Dentures / Plates / Throat / Tongue / Tonsils | N | | Abdomen: Shape / Palpation / Hernia / Bowel Sounds | N | |
| Nose | N | | Spine | N | |
| Neck: Veins / Mobility / Thyroid / Carotids / Lymph nodes | N | | Genital/Urinary System | N | |

## LABORATORY TESTS

| | Date & Initial | Results |
|---|---|---|
| Was PPD planted and read timely? | M City Jail PPD top pos 3-29-07 | 0mm |
| VDRL / RPR | | |
| Other Lab Tests needed: | | |
| Pregnancy Test? | | |

## MENTAL HEALTH OBSERVATION

| | N | A/Comment |
|---|---|---|
| Orientation (person, place, time) | N | |
| General appearance (motor behavior, mannerisms | N | |
| Affect (mood) | | Confused | Had to think + was a little confused about something |
| Content of thought, history of suicide, present thoughts of suicide | | No suicidal thoughts at this time |

Physical Examiner's Signature: _DE, MTA_    Date: _5-5-07_

Physician's Signature: _____    Date: _____

# AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION TO CORRECTIONAL FACILITY

PARTNERS

241-2864

To: Montgomery City Jail

I hereby authorize any hospital, clinic, physician's office, and/or health agency to provide any information they may have acquired while attending me for a medical, dental, or psychiatric problem to Southern Health Partners, Inc. who is the medical care provider of this Correctional Facility. Such information may include the following items:

Summary of positive findings, most recent history, physical exam including any diagnostic tests;
Medical/dental/psychiatric/psychological diagnosis and treatment regimen when last treated;
Hospital discharge summary for any/all hospitalization(s); Laboratory and/or Special Study Reports;
Any other medical/dental/psychiatric services I may have previously had, currently seeking, or
future treatment plans; Other Records: _TB results_

I understand my records are protected under state and/or federal privacy laws and cannot be disclosed to any other outside party without my written consent unless otherwise provided for by state or federal law. Records received will be kept within the patient's medical file within the correctional medical unit and be used in the on-going provision of health care services.

I release responsibility and/or liability from the correctional facility for the release of the above requested medical file information to the medical unit to the extent indicated and authorized.

Please send requested documents       ATTN: MEDICAL UNIT/SOUTHERN HEALTH PARTNERS
to the following address:       County Name: _Autauga_  COUNTY JAIL
                                Street Address: _136 N. Court St._
                                City/State/Zip: _Prattville, AL_  Fax: _334-358-4827_
                                                _36067_
Patient Name: _Flowers, Calvin_                    Birth Date: _11-9-61_
Social Security Number: _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_ Dates of Service(s): _2007_
Inmate's Signature: _Calvin Flowers_                Date: _5-5-07_
Witness: _DE MHA_                                    Date: _5-5-07_

Final Privacy Rule (page 82540, HIPAA) states while individuals are in a correctional facility or in the lawful custody of a law enforcement official, covered entities (i.e. jail medical units) can use, request or disclose protected health information about these individuals without authorization to the correctional facility having custody as necessary for: the provision of health care to such individuals; for the health and safety of such individuals and other inmates; and the health and safety of the officers of employees of or other as the correctional institution. Covered entities are allowed to disclose protected health information about these individuals if the correctional institution represents that the protected health information is necessary for these purposes.

```
05/03/07                    AUTAUGA COUNTY METRO JAIL                        611
17:38                       Inmate Medical History:                   Page:    1

    Booking Number:    39632     Confined - No loc                   Active
      Name Number:     98242     CALVIN FLOWER
 Doctor: va                                          Phone: (    )   -
Address:
Sex Prf:        Diet:
         Allergies: Y     Respiratory Problems: N    High Blood Pressure: Y
    Heart Problems: N            Hemophilia: N              Tuberculosis: N
          Diabetes: Y              Pregnant: N          Recently Pregnant: N
      Birth Control: N      Dental Problems: Y               Alcoholism: Y
   Drug Dependency: N        Kidney Disease: N            Liver Disease: N
          Suicidal: N              Epilepsy: N                Hepatitis: N
              AIDS: N      Venereal Disease: N       Recent Head Injury: N
          Seizures: N      Traumatic Injury: N         Psychiatric Care: Y
                 &                      &                              &
                 &                      &                              &
                 &                      &                              &
                 &                      &                              &
                 &                      &                              &
                 &                      &                              &
History: (See below)
  Notes:
```

X Calvin Flowers

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Yes Explanations:

Allergies:changed from ' ' to 'Y' by STROUD JEFFERY  17:32:12 05/03/07
hayfever
High Blood Pressure:
changed from ' ' to 'Y' by STROUD JEFFERY  17:32:42 05/03/07
stees
Diabetes:changed from ' ' to 'Y' by STROUD JEFFERY  17:34:08 05/03/07
yes 1-2
Dental Problems:changed from ' ' to 'Y' by STROUD JEFFERY  17:35:39 05/03/07
bad
Alcoholism:changed from ' ' to 'Y' by STROUD JEFFERY  17:36:13 05/03/07
yes
Psychiatric Care:changed from ' ' to 'Y' by STROUD JEFFERY  17:37:07 05/03/07
yes



**BLOOD SUGAR FLOW SHEET**

Inmate's Name: _Flowers, Calvin_     Site: _Autauga Co._  #6

I.D.#/S.S.#: _69 39632_   DOB: _11-9-61_   -Physician: _K. Nichols_

Physician Order/Instructions: _Daily BSV q. am_     Have M.D. review findings

| DATE | TIME | BLOOD SUGAR | AMOUNT INSULIN GIVEN | INITIAL | DATE | TIME | BLOOD SUGAR | AMOUNT INSULIN GIVEN | INITIAL |
|------|------|-------------|----------------------|---------|------|------|-------------|----------------------|---------|
| 5/5/07 | AM | 253 | 0 | JE | 5/30/07 | 4:15p | 211 | po meds | MO |
| 5/6/07 | PM | 205 | 0 | JE | 5/31/07 | PM | 292 | 0 | SC |
| 5/7/07 | PM | 191 | 0 | SC | 6/1/07 | PM | Refused | | SC |
| 5/8/07 | PM | 255 | 0 | SC | 6/2/07 | PM | refused | 0 | JE |
| 5/9/07 | PM | 341 | 0 | JE | 6/3/07 | PM | 315 | 0 | JE |
| 5/10/07 | PM | in phase | 0 | JE | 6/4/07 | PM | 277 | 0 | SC |
| 5/11/07 | PM | 352 | 0 | SC | 6/5/07 | PM | 223 | 0 | SC |
| 5/12/07 | PM | 330 | 0 | SC | 6/6/07 | PM | 291 | O | JE |
| 5/13/07 | PM | 242 | 0 | SC | 6/7/07 | PM | refused | 0 | JE |
| 5/14/07 | PM | 258 | 0 | JE | 6/8/07 | PM | 314 | 0 | SC |
| 5/15/07 | PM | 325 | 0 | JE | 6/9/07 | PM | 285 | 0 | SC |
| 5/16/07 | I/m was not brought up for Meds | | | | 6/10/07 | PM | 297 | 0 | SC |
| 5/17/07 | PM | 300 | 0 | SC | 6/11/07 | PM | 255 | 0 | JE |
| 5/18/07 | PM | 259 | 0 | SC | 6/12/07 | PM | 240 | 0 | JE |
| 5/19/07 | PM | 266 | 0 | JE | 6/13/07 | PM | 215 | 0 | MO |
| 5/20/07 | PM | 207 | 0 | JE | 6/14/07 | PM | 181 | 0 | SC |
| 5/21/07 | PM | 233 | 0 | SC | 6/15/07 | PM | 178 | 0 | JE |
| 5/22/07 | PM | 288 | 0 | SC | 6/16/07 | PM | 152 | 0 | JE |
| 5/23/07 | PM | 306 | Already ate dinner po meds | MO | 6/17/07 | PM | 169 | 0 | SC |
| 5/24/07 | PM | 357 | 0 | JE | 6/18/07 | PM | 207 | 0 | SC |
| 5/25/07 | PM | 343 | 0 | SC | 6/19/07 | PM | 186 | po meds | MO |
| 5/26/07 | PM | 243 | 0 | SC | 6/20/07 | PM | 184 | 0 | MO |
| 5/27/07 | PM | 313 | 0 | SC | 6/21/07 | PM | 244 | 0 | JE |
| 5/28/07 | PM | 221 | 0 | JE | 6/22/07 | PM | 240 | 0 | SC |
| 5/29/07 | PM | 281 | 0 | JE | 6/23/07 | PM | 183 | 0 | SC |

Southern Health Partners, Inc.

CONFIDENTIAL MEDICAL INFORMATION

Southern Health Partners, Inc.

# BLOOD PRESSURE FLOW SHEET

INMATE'S NAME: _Flowers, Calvin_    DOB: 11-9-61

ORDERS/INSTRUCTIONS: _BP✓  q. wkly_

PHYSICIAN: _K. Nichols_    ADMINISTRATOR: _JE, MA_

| DATE | TIME | B/P | ARM | INITIAL |
|------|------|-----|-----|---------|
| 5/5/07 | Am | 124/78 | LT | JE |
| 5/13/07 | Am | 129/75 | LT | SC |
| 5/20/07 | PM | 129/83 | LT | JE |
| 5/27/07 | Am | 139/80 | LT | SC |
| 6/3/07 | PM | 151/102 | LT | JE |
| 6/10/07 | Am | 145/92 | LT | SC |
| 6/17/07 | AM | 152/94 | LT | JE |
| 6/24/07 | Am | 130/80 | LT | SC |
| 7/1/07 | PM | 120/79 | LT | JE |
| 7/8/07 | Am | 124/75 | LT | SC |
| 7/15/07 | Am | 138/86 | LT | JE |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DATE | TIME | B/P | ARM | INITIAL |
|------|------|-----|-----|---------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# BLOOD SUGAR FLOW SHEET

Inmate's Name: _Flowers  Calvin_          Site: _Autauga Co._

I.D.#/S.S.#: _39632_     DOB: _11-9-61_     Physician: _K. Nichols_

Physician Order/Instructions: _Daily BSV q PM_          Have M.D. review findings

| DATE | TIME | BLOOD SUGAR | AMOUNT INSULIN GIVEN | INITIAL | DATE | TIME | BLOOD SUGAR | AMOUNT INSULIN GIVEN | INITIAL |
|---|---|---|---|---|---|---|---|---|---|
| 6/23/07 | Pm | 183 | 0 | SC | 6/24/07 | PM | 179 | 0 | SC |
| 6/25/07 | Pm | 195 | 0 | JE | 7/19/07 | PM | 243 | 0 | JE |
| 6/26/07 | Pm | 271 | 0 | JE | | | | | |
| 6/27/07 | pm | 272 | 0 | NW | | | | | |
| 6/28/07 | Pm | 313 | 0 | SC | | | | | |
| 6/29/07 | Pm | 275 | 0 | SC | | | | | |
| 6/30/07 | Pm | 285 | 0 | JE | | | | | |
| 7/1/07 | Pm | 311 | 0 | JE | | | | | |
| 7/2/07 | Am | 262 | 0 | SC | | | | | |
| 7/3/07 | Am | 143 | 0 | SC | | | | | |
| 7/4/07 | Pm | 264 | 0 | NW | | | | | |
| 7/5/07 | Pm | 285 | 0 | JE | | | | | |
| 7/6/07 | Am | 201 | 0 | SC | | | | | |
| 7/7/07 | Pm | 223 | 0 | SC | | | | | |
| 7/8/07 | Pm | 197 | 0 | SC | | | | | |
| 7/9/07 | Pm | 179 | 0 | JE | | | | | |
| 7/10/07 | PM | 197 | 0 | JE | | | | | |
| 7/11/07 | pm | 202 | 0 | NW | | | | | |
| 7/12/07 | PM | 261 | 0 | SC | | | | | |
| 7/13/07 | Pm | 211 | 0 | SC | | | | | |
| 7/14/07 | Pm | 248 | 0 | JE | | | | | |
| 7/15/07 | pm | 176 | 0 | JE | | | | | |
| 7/16/07 | Pm | 157 | 0 | SC | | | | | |
| 7/17/07 | Pm | 170 | 0 | SC | | | | | |
| 7/18/07 | Pm | 174 | 0 | NW | | | | | |

Sandy

Southern Health Partners, Inc.          CONFIDENTIAL MEDICAL INFORMATION

# MEDICATION ADMINISTRATION RECORD

FLOWERS, CALVIN

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CITALOPRAM HBR 20 MG TABL**<br>CELEXA 20 MG TABLET<br>TAKE 1 TABLET ONCE DAILY | 06/17/08<br>0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **VITAMIN B1 100 MG TABLET**<br>TAKE 1 TABLET ONCE DAILY | 05/03/08<br>0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **LISINOPRIL 10 MG TABLET**<br>ZESTRIL 10 MG TABLET<br>TAKE 1 TABLET ONCE DAILY | 05/03/08<br>0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **IBUPROFEN 800 MG TABLET**<br>MOTRIN 800 MG TABLET<br>TAKE 1 TABLET TWICE DAILY<br>X 30 DAYS | 07/14/07<br>0800<br>1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **GLIPIZIDE 10 MG TABLET**<br>GLUCOTROL 10MG TABLET<br>TAKE 2 TABLETS TWICE<br>DAILY | 05/23/08<br>0800<br>1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **METFORMIN HCL 1,000 MG TA**<br>GLUCOPHAGE 1,000 MG TABLE<br>TAKE 1 TABLET TWICE DAILY | 05/13/08<br>0800<br>1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **CHLORPROMAZINE 50 MG TABL**<br>THORAZINE 50 MG TABLET<br>TAKE 1 TABLET TWICE DAILY | 05/03/08<br>0800<br>1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **VALPROIC ACID 250 MG CAPS**<br>DEPAKENE 250 MG CAPSULE<br>TAKE 2 CAPSULES TWICE<br>DAILY | 05/03/08<br>0800<br>1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

...amine ÷ BID
X 5 days

| | STARTING FOR | 07/01/07 | | THROUGH | 07/31/07 | PAGE | 1 OF | 1 | |
|---|---|---|---|---|---|---|---|---|---|
| sician | NICHOLS, KEN | | | | Telephone No. | | | Medical Record No. | |
| Physician | NICHOLS, KEN | | | | Alt. Telephone | | | | |
| rgies | | | | | Rehabilitative<br>Potential | | | | |
| gnosis | | | | | | | | | |
| Medicaid Number | | Medicare Number | | Approved By Doctor: | | | | | |
| | | | | By: | | Title: | | Date: | |
| ESIDENT | FLOWERS, CALVIN | | | D.O.B.<br>11/09/1961 | Sex | Room #<br>J | Patient<br>Code FLOWCALV | Admission<br>Date 03/26/07 | |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B D'amine ꟷ BID x 7 days   7/18/07 | am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylinol 325mg ꟷ BID x 7 days  7/18/07 | am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Amoxicillin 500mg ꟷ BID x 7 days  7/8/07 | am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Celexa 10mg q. p.m   ordered  7/19/07 | pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Trazadone 100mg q. p.m.   ordered  7/19/07 | pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Atenolol 50mg q. A.m   ordered 7/19/07 | am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

STARTING FOR 7-1-07    THROUGH 7-31-07

Physician Nichols

Allergies NKA

Telephone No.

Alt. Telephone

Medical Record No.

Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number | Approved By Doctor:   By:   Title:   Date:

RESIDENT Flowers Calvin   D.O.B. 11/9/61   Sex M   Room 4PON   Patient Code   Admission Date

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VITAMIN B1 100 MG TABLET TAKE 1 TABLET ONCE DAILY | 05/03/08 0800 am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LISINOPRIL 10 MG TABLET ZESTRIL 10 MG TABLET TAKE 1 TABLET ONCE DAILY | 05/03/08 0800 am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BENZTROPINE MES 1 MG TABL COGENTIN 1MG TABLET TAKE 1 TABLET TWICE DAILY | 05/23/08 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GLIPIZIDE 10 MG TABLET GLUCOTROL 10MG TABLET TAKE 2 TABLETS TWICE DAILY | 05/03/08 0800 am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IBUPROFEN 800 MG TABLET MOTRIN 800 MG TABLET TAKE 1 TABLET TWICE DAILY FOR TEN DAYS | 06/03/07 0800 am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DIPHENHYDRAMINE 25 MG CAP BENADRYL 25 MG KAPSEALS TAKE 1 CAPSULE TWICE DAILY | 05/23/08 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RISPERDAL 4 MG TABLET TAKE 1/2 TABLET TWICE DAILY | 05/23/08 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| METFORMIN HCL 1,000 MG TA GLUCOPHAGE 1,000 MG TABLE TAKE 1 TABLET TWICE DAILY | 05/13/08 0800 am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CHLORPROMAZINE 50 MG TABL THORAZINE 50 MG TABLET TAKE 1 TABLET TWICE DAILY | 05/03/08 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| STARTING FOR | 06/01/07 | THROUGH | 06/30/07 | | PAGE | 1 OF | 2 | |
|---|---|---|---|---|---|---|---|---|
| Physician | NICHOLS, KEN | | | Telephone No. | | | Medical Record No. | |
| Physician | NICHOLS, KEN | | | Alt. Telephone | | | | |
| Allergies | | | | Rehabilitative Potential | | | | |
| Diagnosis | | | | | | | | |
| Medicaid Number | | Medicare Number | | Approved By Doctor: By: | | Title: | Date: | |
| RESIDENT | FLOWERS, CALVIN | | | D.O.B. 11/09/1961 | Sex | Room # J | Patient Code FLOWCALV | Admission Date 03/26/07 |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ibuprofen 800 mg Bid X 30 days ordered 6/4 | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Celexa 20 mg g day ordered 6/4/07 | Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Keflex 500 mg II Bid X 7 days | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| D'amine T Bid X 7 days | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

RTING FOR 6/1/07   THROUGH 6/30/07

SICIAN Nichols

PHY.

GIES NKA

NOSIS

MEDICAID NUMBER   MEDICARE NUMBER   COMPLETE ENTRIES CHECKED BY:

TELEPHONE NO.
ALT. TELEPHONE
REHABILITATIVE POTENTIAL
MED. RECORD NO.
ADMISSION DATE
TITLE:

ENT Flowers Calvin   SEX M   DATE OF BIRTH 11/9/61   PATIENT CODE   ROOM NO. I30   BED   FACILITY CODE

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*Ibu 800mg ī tab Bid X 7days* — Am / PM

*Lisinopril 10mg ī q day* — Am

*Benadryl 25mg īī q PM* — PM

*Glipizide ?mg Bid* — Am / PM

*Metformin 500mg īī Bid* — Am / PM

*Depakote ER 500mg ī Bid* — Am / PM

*Seroquel 200mg ½ tab in Morning ī in evening* — Am / PM

*Vitamin B¹ q AM* — Am

*Chlorpromazine (Thorazine) 50mg ī Bid* — Am / PM

*IBU 800mg ī BID X 10 days*

STARTING FOR **5/1/07**  THROUGH **5/31/07**

Physician: **Nichols**

Telephone No.

Alt. Telephone

Allergies

Rehabilitative Potential

Diagnosis: **Flowers Calvin**

Medicaid Number

Medicare Number

Approved By Doctor:
By:
Title:
Date:

RESIDENT: **Flowers Calvin**

D.O.B.

Sex: **M**    Room #: **6POD**

Patient Code

Admission Date

**EXHIBIT**

*C*

# Account Balance

08/22/2007

| | | |
|---|---|---|
| Inmate ID: **98242** | Name: **FLOWERS, CALVIN** | True Balance: 0.00 |
| | Location: **ASO MALE-D4 401B** | Commissary Balance: 0.00 |

| Trans | Date | Action | Comment | Adjustment | Balance After |
|---|---|---|---|---|---|
| 60855 | 07/30/2007 | Close | Close of Account. Inmate Released to U S Marshals 7/20/2007 | 0.00 | 0.00 |
| 60854 | 07/30/2007 | Withdrawal | Withdrawal by check #10256. Inmate Released to U S Marshals 7/20/2007 | -1,572.91 | 0.00 |
| 60818 | 07/30/2007 | Withdrawal | Paid OFF Bill #9834: To Medical From 98242 (FLOWERS, CALVIN)--Doctor call - 7/19/2007 | -10.00 | 1,572.91 |
| 60816 | 07/30/2007 | Bill Receipt (A/P | To Medical From 98242 (FLOWERS, CALVIN)--Doctor call - 7/19/2007 | | |
| 60788 | 07/30/2007 | Withdrawal | Paid OFF Bill #9826: To Medical From 98242 (FLOWERS, CALVIN)--Nurse call - 7/18/2007 | -5.00 | 1,582.91 |
| 60786 | 07/30/2007 | Bill Receipt (A/P | To Medical From 98242 (FLOWERS, CALVIN)--Nurse call - 7/18/2007 | | |
| 59655 | 07/16/2007 | Withdrawal | Paid OFF Bill #9629: To Commissary From 98242 (FLOWERS, CALVIN)--Billing for Commissary Order #133 | -80.76 | 1,587.91 |
| 59653 | 07/16/2007 | Bill Receipt (A/P | To Commissary From 98242 (FLOWERS, CALVIN)--Billing for Commissary Order #133 | | |
| 59158 | 07/09/2007 | Withdrawal | Paid OFF Bill #9545: To Commissary From 98242 (FLOWERS, CALVIN)--Billing for Commissary Order #131 | -109.67 | 1,668.67 |
| 59156 | 07/09/2007 | Bill Receipt (A/P | To Commissary From 98242 (FLOWERS, CALVIN)--Billing for Commissary Order #131 | | |
| 58750 | 07/05/2007 | Withdrawal | Withdrawal by check #10220. Paying on behalf of Calvin Flowers | -700.00 | 1,778.34 |
| 58674 | 07/03/2007 | Add | Check deposit: Check #1604635 from army aviation center federal credit union | 2,400.00 | 2,478.34 |
| 58484 | 07/02/2007 | Withdrawal | Paid OFF Bill #9444: To Commissary From 98242 (FLOWERS, CALVIN)--Billing for Commissary Order #130 | -85.21 | 78.34 |
| 58482 | 07/02/2007 | Bill Receipt (A/P | To Commissary From 98242 (FLOWERS, CALVIN)--Billing for Commissary Order #130 | | |
| 58223 | 06/29/2007 | Withdrawal | Paid OFF Bill #9391: To Medical From 98242 (FLOWERS, CALVIN)--Nurse Call - 06/28/2007 | -5.00 | 163.55 |
| 58221 | 06/29/2007 | Bill Receipt (A/P | To Medical From 98242 (FLOWERS, CALVIN)--Nurse Call - 06/28/2007 | | |
| 57925 | 06/25/2007 | Withdrawal | Paid OFF Bill #9343: To Commissary From 98242 (FLOWERS, CALVIN)--Billing for Commissary Order #129 | -110.34 | 168.55 |
| 57923 | 06/25/2007 | Bill Receipt (A/P | To Commissary From 98242 (FLOWERS, CALVIN)--Billing for Commissary Order #129 | | |
| 57378 | 06/18/2007 | Withdrawal | Paid OFF Bill #9255: To Commissary From 98242 (FLOWERS, CALVIN)--Billing for Commissary Order #128 | -72.47 | 278.89 |
| 57376 | 06/18/2007 | Bill Receipt (A/P | To Commissary From 98242 (FLOWERS, CALVIN)--Billing for Commissary Order #128 | | |
| 56831 | 06/11/2007 | Withdrawal | Paid OFF Bill #9165: To Commissary From 98242 (FLOWERS, CALVIN)--Billing for Commissary Order #127 | -110.94 | 351.36 |
| 56829 | 06/11/2007 | Bill Receipt (A/P | To Commissary From 98242 (FLOWERS, CALVIN)--Billing for Commissary Order #127 | | |
| 56280 | 06/04/2007 | Withdrawal | Paid OFF Bill #9087: To Commissary From 98242 (FLOWERS, CALVIN)--Billing for Commissary Order #126 | -98.36 | 462.30 |
| 56278 | 06/04/2007 | Bill Receipt (A/P | To Commissary From 98242 (FLOWERS, CALVIN)--Billing for Commissary Order #126 | | |
| 55923 | 05/30/2007 | Add | Money Order deposit: Money Order #10545112135 from mattie stoudemire | 280.00 | 560.66 |

# Account Balance

08/22/2007

| | | | |
|---|---|---|---|
| 55913 05/30/2007 Add | Check deposit: Check #1539888 from army aviation center fcu | 200.00 | 280.66 |
| 55717 05/29/2007 Withdrawal | Paid OFF Bill #8986: To Medical From 98242 (FLOWERS, CALVIN)--doctor visit on 5/24/2007 | -10.00 | 80.66 |
| 55715 05/29/2007 Bill Receipt (A/P | To Medical From 98242 (FLOWERS, CALVIN)--doctor visit on 5/24/2007 | | |
| 55540 05/29/2007 Withdrawal | Paid OFF Bill #8943: To Commissary From 98242 (FLOWERS, CALVIN)--Billing for Commissary Order #125 | -104.28 | 90.66 |
| 55538 05/29/2007 Bill Receipt (A/P | To Commissary From 98242 (FLOWERS, CALVIN)--Billing for Commissary Order #125 | | |
| 54935 05/21/2007 Withdrawal | Paid OFF Bill #8847: To Commissary From 98242 (FLOWERS, CALVIN)--Billing for Commissary Order #124 | -111.68 | 194.94 |
| 54933 05/21/2007 Bill Receipt (A/P | To Commissary From 98242 (FLOWERS, CALVIN)--Billing for Commissary Order #124 | | |
| 54315 05/13/2007 Withdrawal | Paid OFF Bill #8746: To Commissary From 98242 (FLOWERS, CALVIN)--Billing for Commissary Order #123 | -106.29 | 306.62 |
| 54313 05/13/2007 Bill Receipt (A/P | To Commissary From 98242 (FLOWERS, CALVIN)--Billing for Commissary Order #123 | | |
| 53903 05/11/2007 Add | Check deposit: Check #1539765 from army aviation center fcu | 200.00 | 412.91 |
| 53735 05/06/2007 Withdrawal | Paid OFF Bill #8651: To Commissary From 98242 (FLOWER, CALVIN)--Billing for Commissary Order #122 | -100.44 | 212.91 |
| 53733 05/06/2007 Bill Receipt (A/P | To Commissary From 98242 (FLOWER, CALVIN)--Billing for Commissary Order #122 | | |
| 53328 05/03/2007 Add | Check deposit: check # 008184 from montgomery municipal jail date 05-03-07 | 313.35 | 313.35 |
| 53322 05/03/2007 Open | Opened Inmate Account | 0.00 | 0.00 |

**True Balance:** 0.00
**Commissary Balance:** 0.00