IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLOWERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-587-WKW |
| | ) |
| AUTAUGA COUNTY METRO JAIL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. # 12) in this case to which no timely objections have been made. After an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 12) is ADOPTED;

2. This case filed under 42 U. S. C. §1983, is DISMISSED without prejudice for failure of the plaintiff to properly prosecute this action and his failure to comply with the orders of this court.

An appropriate judgment will be entered.

DONE this 27th day of September, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE